UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                                                         CHAPTER 13

JOSE SAUCEDO                                                                      CASE NO. 10-71238

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Everhome Mortgage              **Court claim #: 2**

**Last four digits** of any number used to identify the debtor's account:  7623

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $12,215.66 |
| | +   500.00 (Cost of Collection) |
| Total | $12,715.66 |
| Amount Paid by Trustee | $12,715.66 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan              ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/19/13                           /s/Lydia S. Meyer
                                          Lydia S. Meyer, Trustee
                                          308 W. State St., Suite 212
                                          Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of June, 2013.

Dated:  6/19/13                           /s/Cynthia K. Burnard

EVERHOME MORTGAGE
ATTN: COLLECTIONS DEPARTMENT
8100 NATIONS WAY
JACKSONVILLE, FL 32256

EVERHOME MORTGAGE
PO BOX 530579
ATLANTA, GA  30353-0579

FISHER AND SHAPIRO LLC
2121 WAUKEGAN ROAD, SUITE 301
BANNOCKBURN, IL  60015

JOSE SAUCEDO
314 E. FOREST STREET
MARENGO, IL  60152

GILBERT R DIZON
ATTORNEY AT LAW, PC
524 W. STATE STREET, SUITE 2B
GENEVA, IL 60134